AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| CLARUS THERAPEUTICS, INC.<br><br>*Plaintiff(s)*<br>v.<br>LIPOCINE INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 15cv1004<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Lipocine Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11-2-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 15-1004

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Lipocine Inc.

was received by me on *(date)*  11/02/2015  .

☐ I personally served the summons on the individual at *(place)* ___ on *(date)* ___ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ___ , a person of suitable age and discretion who resides there, on *(date)* ___ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  The Corporation Trust Company  , who is designated by law to accept service of process on behalf of *(name of organization)*  Lipocine Inc.  on *(date)*  11/02/2015  ; or

☐ I returned the summons unexecuted because ___ ; or

☐ Other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  11/02/2015

*Server's signature*

Aaron Johnston  Messenger
*Printed name and title*

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street; P.O. Box 1347
Wilmington, DE  19899
*Server's address*

Additional information regarding attempted service, etc: